THE STATE, EX REL. ROSE, *v.* RADCLIFFE, JUDGE.

[Cite as State, ex rel. Rose, *v.* Radcliffe (1988), 37 Ohio St. 3d 245.]

(No. 87-1456—Submitted October 27, 1987—Decided June 29, 1988.)

*Southeastern Ohio Legal Services,* Gary M. Smith and *Linda I. Sutton,* for relator.
*Richard G. Ward,* prosecuting attorney, for respondent.

In light of the present posture of the case, the cause is dismissed.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

BLACKWELL ET AL., APPELLEES, *v.* CUBBY DRILLING, INC., APPELLANT.

[Cite as Blackwell *v.* Cubby Drilling, Inc. (1988), 37 Ohio St. 3d 245.]

(No. 87-1583—Submitted June 2, 1988—Decided June 29, 1988.)

*John M. Skakun* and *Patricia L. Byard,* for appellees.
*Kincaid, Cultice & Geyer* and *Peter N. Cultice,* for appellant.

The judgment of the court of appeals is affirmed on authority of *Van*

*Fossen* v. *Babcock & Wilcox Co.* (1988), 36 Ohio St. 3d 100, 522 N.E. 2d 489.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.